AARON BLOCK, ESQ. (*pro hac vice*)
MAX MARKS, ESQ. (*pro hac vice*)
**THE BLOCK FIRM LLC**
309 East Paces Ferry Road, Suite 400
Telephone: (404) 997-8419
aaron@blockfirmllc.com
max.marks@blockfirmllc.com

ROSHAN D. SHAH, ESQ.
**SHAH LAW GROUP, LLC**
ATTORNEYS AT LAW
1040 Broad Street, Suite 304
Shrewsbury, NJ 07702
Telephone: (732) 398-6545
Facsimile: (732) 576-0027
rshah@shahlg.com
*Attorneys for Plaintiff Sheryl Boyer, on behalf of herself and all others similarly situated*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

| | |
|---|---|
| SHERYL BOYER, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>BRECKENRIDGE PHARMACEUTICAL, INC.,<br><br>    Defendant. | Civil Action No. 2:24-cv-06514-JKS-JBC<br><br>CIVIL ACTION<br><br>**NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT CLASS** |

To:    Clerk of the Court
      United States District Court
          District of New Jersey
      50 Walnut Street, Room 4015
      Newark, NJ 07102

      All Counsel of Record

**PLEASE TAKE NOTICE** that, on September 23, 2025, at 2:00pm, Plaintiff Sheryl Boyer shall move before the Hon. James B. Clark, III, U.S.M.J., 50 Walnut Street, MLK 4C, Newark, NJ 07102, for an Order granting final approval of the class settlement agreement, certifying a settlement class, and entering judgment in this case. As previously noticed, Plaintiff Sheryl Boyer shall also present her petition for attorneys' fees and costs and class representative incentive award at the final approval hearing. [*See* Dkt. 38].

**PLEASE TAKE FURTHER NOTICE** that, in support of its motion, Plaintiff will rely on the brief and the September 4, 2025, Declaration of Annette Kashkarian Re: Notice Procedures that are being filed contemporaneously with this motion.

Plaintiff does not request oral argument.

A proposed form of Order is attached that addresses both this motion and the previously submitted petition for fees, costs, and incentive award.

Dated: September 9, 2025

**SHAH LAW GROUP, LLC**
*Attorneys for Plaintiff Sheryl Boyer,*
*on behalf of herself and all others*
*similarly situated*

By: */s/Roshan D. Shah*
     Roshan D. Shah, Esq.

**THE BLOCK FIRM LLC**
*Attorneys for Plaintiff Sheryl Boyer,*
*on behalf of herself and all others*
*similarly situated*

Aaron K. Block (*pro hac vice*)